IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No.: 09-906-HB ) ) |
| PERRIGO COMPANY, | ) JURY TRIAL DEMANDED ) |
| Defendant. | ) ) |

**THIRD STIPULATION AND ORDER FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiff, Schering-Plough Healthcare Products, Inc. ("Plaintiff") and Defendant, Perrigo Company ("Defendant"), subject to the Court's approval, hereby agree that Defendant shall have until March 26, 2010, to answer or otherwise respond to the Complaint.

The parties are attempting to resolve this matter and request additional time to explore the possibility of doing so.

| | |
|---|---|
| REED SMITH LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| By:/s/ J. Cory Falgowski<br>J. Cory Falgowski (#4546)<br>Brian M. Rostocki (#4599)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 778-7500<br>jfalgowski@reedsmith.com<br>*Counsel for Plaintiff* | By:/s/ John C. Phillips, Jr.<br>John C. Phillips, Jr. (#110)<br>Brian E. Farnan (#4089)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>*Counsel for Defendant* |

DATED: February 19, 2010

    SO ORDERED THIS ____ day of February, 2010.

_____
The Honorable Harvey Bartle, III