IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., | ) ) ) |
| Plaintiff, | ) ) ) C.A. No.: 09-906-HB |
| v. | ) ) |
| PERRIGO COMPANY, | ) JURY TRIAL DEMANDED ) |
| Defendant. | ) |

**FOURTH STIPULATION AND ORDER FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiff, Schering-Plough Healthcare Products, Inc. ("Plaintiff") and Defendant, Perrigo Company ("Defendant"), subject to the Court's approval, hereby agree that Defendant shall have until April 28, 2010, to answer or otherwise respond to the Complaint.

The parties are attempting to resolve this matter and request additional time to explore the possibility of doing so.

| REED SMITH LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| By:/s/ J. Cory Falgowski | By:/s/ John C. Phillips, Jr. |
| J. Cory Falgowski (#4546) | John C. Phillips, Jr. (#110) |
| Brian M. Rostocki (#4599) | Brian E. Farnan (#4089) |
| 1201 Market Street, Suite 1500 | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| (302) 778-7500 | (302) 655-4200 |
| jfalgowski@reedsmith.com | jcp@pgslaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

DATED: March 23, 2010

SO ORDERED THIS 25th day of March, 2010.

/s/ Harvey Bartle III
The Honorable Harvey Bartle, III