IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J. Cory Falgowski, Esq.     Emily Kirsch, Esq.      John C. Phillips, Esq.
Reed Smith                  Reed Smith              Brian C. Farnan, Esq.
1201 Market St. Ste. 1500   599 Lexington Ave.      Phillips Goldman
Wilmington, DE 19801        New York, NY 10022      1200 N. Broom St.
                                                    Wilmington, DE 19806

Tracy Zurzolo Quinn, Esq.
Reed Smith
2500 One Liberty Place
Phila., PA 19103

       Re: C.A. 09-906 SCHERING-PLOUGH et al. v. PERRIGO COMPANY

          IMPORTANT NOTICE TO COUNSEL

     Please be advised that, pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Status Conference in the above-captioned case will be held on MAY 3, 2010 at 4:30 PM before The Honorable Harvey Bartle III, in his chambers, Room 16614, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

     Attached is a Case Status Report form which you are to complete and forward to the Court at least three (3) days prior to the conference. **Please do not have this form docketed.**

     A Scheduling Order will be entered as a result of this conference.

     Prior to attending the conference, participants are expected to have conferred with each other about each of the above-listed items. Plaintiff's counsel shall initiate the discussions, including discussion of settlement.

                                     _/s/Katherine Gallagher_____
                                     Katherine Gallagher
                                     Deputy Clerk to Judge Bartle
                                     (267) 299-7389

DATED: 4/19/10

Attachment

<u>CASE STATUS REPORT</u>

Civil Action No.: _____          Jury (__)
       Non-Jury (__)

Caption of Case: _____

Date Service of Process Made: _____

Name of Trial Counsel: _____

Representing: _____

Law Firm: _____

Address: _____

Telephone No.: <u>(     )                </u>

1. This case has been/should be consolidated with Civil Action No.(s): _____

2. If this case should be consolidated with another civil action, state the reason why it should be consolidated.
   _____

3. By what date can discovery be completed? _____

4. Do you anticipate using any expert witnesses? _____

5. By what date will this case be ready for trial? _____

6. What is the total time necessary to present your case?
   _____

7. What portion of this is liability? _____   Damages? _____

8. What is your estimate of the total time required for the entire trial?
   _____

9. Would an early settlement conference be helpful in effecting a settlement of this case?  Yes (__)     No (__)

10. If the answer is "yes," when would be the most appropriate time for such a conference? _____

11. Do you have any special comment to make or special issue or problem to raise concerning the case?  If so, please use the reverse side.
-----------------------------------------------------------------
12. THE FOLLOWING CERTIFICATION <u>MUST</u> BE EXECUTED BY COUNSEL:

    I HEREBY CERTIFY THAT PRIOR TO SUBMITTING THIS FORM <u>I SPOKE</u> WITH COUNSEL FOR ALL OTHER PARTIES AND CAREFULLY EXPLORED SETTLEMENT OF THIS ACTION.

_____     _____
Counsel for                        Date