# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 09-906-HB |
| v. | ) ) | |
| PERRIGO COMPANY, | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

**FIFTH STIPULATION AND ORDER FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiff, Schering-Plough Healthcare Products, Inc. ("Plaintiff") and Defendant, Perrigo Company ("Defendant"), subject to the Court's approval, hereby agree that Defendant shall have until June 1, 2010, to answer or otherwise respond to the Complaint.

The parties are attempting to resolve this matter and request additional time to explore the possibility of doing so.

| REED SMITH LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| By:/s/ J. Cory Falgowski | By:/s/ John C. Phillips, Jr. |
| J. Cory Falgowski (#4546) | John C. Phillips, Jr. (#110) |
| Brian M. Rostocki (#4599) | Brian E. Farnan (#4089) |
| 1201 Market Street, Suite 1500 | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| (302) 778-7500 | (302) 655-4200 |
| jfalgowski@reedsmith.com | jcp@pgslaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

DATED: April 26, 2010

SO ORDERED THIS ____ day of _____, 2010.

_____
The Honorable Harvey Bartle, III