IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PERRIGO COMPANY | : | NO. 09-906 |

ORDER

      AND NOW, this 26th day of April, 2010, it is hereby ORDERED that:

      (1)  The fifth stipulation for an extension of time for defendant, Perrigo Company, to answer or otherwise respond to plaintiff's complaint (Docket No. 18) is GRANTED in part and DENIED in part;

      (2)  Defendant shall have up to and including May 10, 2010 to answer or otherwise respond; and

      (3)  No further extensions will be granted.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III     C.J.
SITTING BY DESIGNATION