IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY, <br><br> Defendant. | Civil Action No. 1:09-cv-00906-HB <br><br> Hon. Harvey Bartle, III |

## JOINT NOTICE OF SETTLEMENT

The parties hereby jointly inform the Court that the case has been settled. The parties are in the process of finalizing and executing a confidential settlement agreement, and a stipulation of dismissal will be filed in due course. Accordingly, Perrigo Company will not be filing its initial pleading today and the parties believe that the May 11, 2010 Scheduling Conference is unnecessary.

| REED SMITH LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| By: /s/ J. Cory Falgowski <br> J. Cory Falgowski (#4546) <br> Brian M. Rostocki (#4599) <br> 1201 Market Street, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 778-7500 <br> jfalgowski@reedsmith.com <br> *Counsel for Plaintiff* | By: /s/ John C. Phillips, Jr. <br> John C. Phillips, Jr. (#110) <br> Brian E. Farnan (#4089) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pgslaw.com <br> *Counsel for Defendant* |

DATED: May 10, 2010